# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MICHAEL E. MCKINZY, SR., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION |
| | ) No. 08-2365-CM |
| BNSF RAILWAY RAILROAD, | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

Plaintiff Michael E. McKinzy, Sr. brings this *pro se* action, alleging claims of race discrimination and retaliation, against defendant BNSF Railway Railroad. This matter is before the court on plaintiff's Motion to Modify Memorandum and Order Denying Plaintiff['s] Motion for Summary Judgment as Premature Pursuant to Fed. R. Civ. P. 59(e) (Doc. 64).

Plaintiff's motion requests the court to reconsider its August 5, 2008 Memorandum and Order granting defendant's Motion to Deny Plaintiff's Motion for Summary Judgment or, in the Alternative, to Continue the Motion Pursuant to Federal Rule of Civil Procedure 56(f) (Doc. 60). As the court explained in its Memorandum and Order, plaintiff's motion for summary judgment is premature because the parties have not had an opportunity to obtain the relevant information and documents essential to plaintiff's motion. The court will not grant summary judgment when a party has not had an opportunity to complete the discovery necessary for it to respond to a motion for summary judgment. *Burke v. Utah Transit Auth. & Local 382*, 462 F.3d 1253, 1264 (10th Cir. 2006) ("'[S]ummary judgment [should] be refused where the nonmoving party has not had the opportunity to discover information that is essential to his opposition.'" ) (quoting *Price ex rel. Price v. W. Res.,*

-1-

*Inc.*, 232 F.3d 779, 783 (10th Cir. 2000)).  Here, defendant has not had an opportunity to conduct discovery on multiple issues raised in plaintiff's summary judgment motion.

Plaintiff has not been, and will not be, prejudiced by the court denying his motion as premature because he may re-file his motion after the parties have conducted discovery and are in a position to fully brief the facts and legal issues relevant to plaintiff's claims.

**IT IS THEREFORE ORDERED** that plaintiff's Motion to Modify Memorandum and Order Denying Plaintiff['s] Motion for Summary Judgment as Premature Pursuant to Fed. R. Civ. P. 59(e) (Doc. 64) is denied.

Dated this 10th day of December 2009, at Kansas City, Kansas.

s/ Carlos Murguia
**CARLOS MURGUIA**
**United States District Judge**